ROHMAT MULYANA JR.

408 SOUTH PACIFIC AVENUE

GLENDALE, CA 91204

(818) 392 - 9731

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ROHMAT MULYANA JR.,

Case No. CV12-04685-MRP(JCGx)

           Plaintiff,

    VS.

JOHN P. FRYE, P.C.
JOHN P. FRYE

    DEFENDANT(S).

**COMPLAINT FOR:**

FAIR DEBT COLLECTION

PRACTICES ACT

FAIR CREDIT REPORTING ACT

ROSENTHAL ACT

**Jury Trial Demanded:** Yes

## I. JURISDICTION

1. This Court has jurisdiction under: 15 U.S.C. sec. 1692 k (d), 15 U.S.C. sec. 1681(p)(b), and 28 U.S.C. sec. 1331,1337

1

## II. VENUE

2. Venue is proper pursuant to: 28 U.S.C. sec. 1391(b) where the acts and transaction giving rise to plaintiff's action occurred in the district, where plaintiff resides in this district, and / or where defendant transact business in this district.

## III. PARTIES

3. Plaintiff's name is: Rohmat Mulyana Jr.. Plaintiff resided at: 7356 Wilbur Avenue. Reseda, California 91335. Is a consumer within the  meaning of 15 U.S.C. sec. 1692 a (3).

4. Defendant: JOHN P. FRYE, P.C. , JOHN P. FRYE is a "debt collector" within the meaning of 15 U.S.C. sec 1692 a (6).

## IV. STATEMENT OF FACTS

5. Comes now Rohmat Mulyana Jr., who does hereby file this complaint for damages of 15 U.S.C. sec. 1692 a, e, f, k. 15 U.S.C. sec. 1681 b, o, n, based upon defendant(s) violations of the Fair Debt Collection Practices Act and Fair Credit Reporting Act, Rosenthal Act.

6. On January 1 , 2012 Plaintiff upon requested Transunion Consumer Credit Report. Plaintiff had no knowledge of any business relationship with the defendant. Defendant JOHN P. FRYE, P.C. , JOHN P. FRYE is a collection agency doing business in the STATE OF VIRGINIA.

7. On February 1 , 2012 Defendant JOHN P. FRYE, P.C. , JOHN P. FRYE initiated a soft pull of plaintiff consumer credit report concerning plaintiff from transunion without permissible purposes thereby reducing his credit score.

8. On February 1, 2012 Plaintiff sent via United States Postal Service Certified Mail a letter requesting formal debt validation upon 30 day notice to reply in accordance with (FDCPA) 15 U.S.C. sec. 1692g, (FCRA)15 U.S.C. sec. 1681b. A

9. On March 1, 2012 Defendant JOHN P. FRYE, P.C. , JOHN P. FRYE initiated a soft pull of plaintiff consumer credit report concerning plaintiff from transunion without permissible purposes thereby reducing his credit score.

3

10. On March 5, 2012 Plaintiff received correspondence lettered envelope communication of debt collection from Defendant without validation for permissible purposes or contract bearing signature between defendant and plaintiff.

11. On March 26, 2012 Plaintiff received additional correspondence letter envelope communication of debt collection efforts from defendant(s) without validation. Defendant(s) continuously under false pretense willfully and knowingly attempt to obtain information to collect alleged debt constitutes harassment sec. 617 of the FCRA

12. On April 05, 2012 Plaintiff in a good faith effort to allow defendant JOHN P. FRYE, P.C. , JOHN P. FRYE ample opportunity to validate alleged debt. Plaintiff sent a second lettered settlement and agreement via certified mail upon 10 day notice response, defendant again has failed to respond to 10 day notice.

4

# V. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

Violations of FDCPA 15 U.S.C. 1962 e,f,g

**(As against Defendant(s):** JOHN P. FRYE, P.C.

13. Plaintiff re-alleges and incorporates paragraphs 5-12. Plaintiff is a Consumer within the meaning of the FDCPA 15 U.S.C. sec. 1692a(3) JOHN P. FRYE, P.C. JOHN P. FRYE are debt collectors within the meaning of FDCPA 15 U.S.C. sec 1692a(6). Defendant corresponding letter violated 1692f(1) any unfair or unconscionable means concerning alleged debt.

14. Plaintiff re-alleges and incorporates paragraph 5-12. Based on the foregoing consumer credit reports. The Defendant Is violating FDCPA and FCRA violations include but are not limited to the following: JOHN P. FRYE, P.C. , JOHN P. FRYE violated 15 U.S.C. sec. 1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning consumer.

15. Plaintiff re-alleges and incorporates paragraph 5-12. JOHN P. FRYE, P.C. JOHN P. FRYE violated 15 U.S.C. sec. 1692f(1) by the collection of any amount including any interest, fee, charge, or expense incidental to the principal obligation unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

## SECOND CAUSE OF ACTION

Violation of FCRA 15 U.S.C. SEC. 1681 b

**As against Defendant(s):** JOHN P. FRYE, P.C. , JOHN P. FRYE

16.Plaintiff re-alleges and incorporates paragraph 5-12. Plaintiff is a

consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c).

JOHN P. FRYE, P.C. , JOHN P. FRYE is a furnisher of information within the

meaning of the FCRA 15 U.S.C. sec. 1681 s-2

17.Plaintiff re-alleges and incorporates paragraph 5-12. Plaintiff did not

Initiate a firm offer of credit (loan, credit card) with defendant. Plaintiff did not

Initiate firm offer of insurance with defendant. Plaintiff did not initiate

employment with defendant. Defendant was not directed by a court order to pull

plaintiff consumer report. Defendant is no gov't agency under USA Patriot Act

reply: UNITED STATES v. McNeil 362 F.3d 570 "9th Circuit Court of Appeals"

18.Plaintiff re-alleges and incorporates paragraph 5-12. Based on the

foregoing consumer credit report. Defendant willfully violated the FCRA.

Defendant violations include, but are not limited to the following: JOHN P.

FRYE, P.C. , JOHN P. FRYE willfully violated 15 U.S.C. sec. 1681b(f) by

obtaining plaintiff consumer report without a permissible purpose as

defined by 15 U.S.C. sec. 1681b

6

### THIRD CAUSE OF ACTION

Violation Civil Liabilities for non-compliance 15 U.S.C. sec. 1681 o, n

**(As against Defendant(s)**: JOHN P. FRYE, P.C. , JOHN P. FRYE

19. Plaintiff re-alleges and incorporates paragraph 5 -12. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c). JOHN P. FRYE, P.C. , JOHN P. FRYE is a furnisher of information within the meaning of the FCRA 15 U.S.C. sec. 1681 s-2

20. Plaintiff re-alleges and incorporates paragraph 5-12. JOHN P. FRYE, P.C. JOHN P. FRYE willful procuring or causing to be procured an investigative consumer report without clearly and accurately disclosing to plaintiff that the report had been requested

21. Plaintiff re-alleges and incorporates paragraph 5-12. JOHN P. FRYE, P.C. , JOHN P. FRYE without informing plaintiff of the right to request disclosure in violation 15 U.S.C. sec 1681d q. As a proximate result of defendants action plaintiff has suffered severe and continuing injuries including but not limited too: mental pain & anguish, invasion of privacy, loss of societal pleasures.

# FOURTH CAUSE OF ACTION

Violation Civil Liabilities for negligent non-compliance 15 U.S.C. sec. 1681

**(As against Defendant(s):** JOHN P. FRYE, P.C. , JOHN P.

FRYE

22. Plaintiff re-alleges and incorporates paragraph 5 -12. Plaintiff is a

consumer within the meaning of the FCRA 15 U.S.C. sec. 1681a (c).

JOHN P. FRYE, P.C. , JOHN P. FRYE is a furnisher of information within the

meaning of the FCRA 15 U.S.C. sec. 1681 s-2.

23. Plaintiff re-alleges and incorporates paragraph 5-12. JOHN P. FRYE,

P.C. , JOHN P. FRYE negligent procuring or causing to be procured an

investigative consumer report without clearly and accurately disclosing to

plaintiff that the report had been requested

24. Plaintiff re-alleges and incorporates paragraph 5-12. Actions on the

part of defendant demonstrates a willful disregard for federal law and

constitutes a blatant attempt to injure or ruin the credit rating of plaintiff since

defendant has demonstrated an inability to validate the alleged debt and

subsequently attempted coerce payment. 15 U.S.C sec. 1681 n

8

## V.  REQUEST FOR RELIEF

25. That this court grant judgement against defendant for first claim for relief 1) Actual damages determined by jury 2.) Punitive & Statutory damages 15 U.S.C. sec. 1692 d (1) 1692 f (6) Remedies 1692 k, Rosenthal Act $1,000.00 per statute 3.) legal cost and fees. 4.) Any relief as the court see fit.

26. That this court grants judgement against defendants JOHN P. FRYE, P.C. JOHN P. FRYE for: second claim for relief  1.) Actual damages to be determined by jury 2.) Punitive and Statutory damages FCRA 15 U.S.C. sec. 1681b  $1000.00  3.) court fees and cost  4.) Any relief as court see fit.

27. That this court grants judgment against JOHN P. FRYE, P.C. JOHN P. FRYE for: Third claim for relief  1.) Actual damages to be determined by jury 2.) punitive & statutory damages pursuant 15 U.S.C. sec 1681o  $1,000.00 3.) court fees and cost.  4.) Any relief as court sees fit.

28. That this court grants judgment against JOHN P. FRYE, P.C. JOHN P. FRYE for: Fourth claim for relief : 1) Actual damages to be determined by jury 1.) Punitive & Statutory damages  3.)Attorney fees and court cost  4.) Any relief as court see fit.

Date:

Sign: *Rehmat Muljana*
Print Name: *Rahmat Muljana*

## DEMAND FOR JURY TRIAL

Plaintiff hereby request a jury trial on all issues raised in this complaint

Date:

Sign: *Rahmat Muljana*
Print Name: *Rahmat Muljana*

10

Rohmat Mulyana
7356 Wilbur Avenue
Reseda, Ca [91335]
818 392 9731

John P. Frye PC
3351 Orange Avenue
Roanoke, Va 24012

January 31, 2012

Re: Unauthorized Credit Inquiry

To Whom It May Concern:

I recently received a copy of my credit report. The credit report showed a credit inquiry by your company that I do not recall authorizing. I understand that you shouldn't be allowed to put an inquiry on my file unless I have authorized it. Please have this inquiry removed from my credit file because it is making it very difficult for me to acquire credit.

I have sent this letter certified mail because I need your prompt response to this issue. Please be so kind as to forward me documentation that you have had the unauthorized inquiry removed.

If you find that I am remiss, and you do have my authorization to inquire into my credit report, then please send me proof of this.

Thanking you in advance,

*Rohmat Mulyana*
(without prejudice)



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.45 |
| Certified Fee | $ | |
| Return Receipt Fee (Endorsement Required) | $0.90 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 0.00 | |
| Total Postage & Fees | $ | $3.40 |

MAR 28 2012
03/23/2012
USPS - 91209

Sent To
*John P. Faye PC*
Street, Apt No.;
or PO Box No. *3351 Orange Avenue*
City, State, ZIP+4 *Roanoke VA 24012*

PS Form 3800, August 2006     See Reverse for Instructions

7011 2000 0002 4200 9495

---

```
Issue PVI:                          $2.95
                                    $3.40
                                    $0.45
        70112000000242009501

ROANOKE VA 24012 Zone-8
First-Class Letter
  0.40 oz.
Expected Delivery: Mon 03/26/12
Certified
Label #:
        70112000000242009495
Issue PVI:                          $2.95
                                    $3.40

Total:                   $6.80

Paid by:
  Debit Card                        $6.80
Account #:        XXXXXXXXXXXX4348
Approval #:              948344
Transaction #:              963
23 903600286
Receipt #:                002472
```

The Law Office of
# JOHN P. FRYE, P.C.
### Attorneys at Law

John P. Frye
Jacquelyn Gerlach

3351 Orange Avenue, NE
Roanoke, Virginia 24012-6335

Tel. (866) 392-3100
Fax: (540) 767-7807

WRITER'S DIRECT DIAL:
540-767-5127

March 26, 2012

Mr. Rohmat Mulyana
7356 Wilbur Ave.
Reseda, CA 91335

> Re: Client: Atlantic Credit & Finance, Inc.
> Acct: HSBC
> Acct. No.: 5491100022914348
> JPF Acct: 1068259

Dear Mr. Malyana:

As attorney for Atlantic Credit & Finance, Inc., please be advised that the above referenced account in the amount of $1,498.16, was purchased by my client from HSBC in January 2011 and forwarded to this office for collection on January 20, 2011. Because the account involves a collection matter, this office is permitted to run your credit report pursuant to Federal Law. Please see section 1681b(a)(3)(A) of the Fair Credit Reporting Act, which allows this office to run a credit report in the collection of an account of a consumer. Also, please see Miller v. Wolpoff, LLP, 309 Fed. App'x 40, 43 (7th Cir. 2009), where the court stated that a debt collector has a legitimate purpose to obtain a credit report where debt collector had been engaged by owner of the debt to collect the consumer's debt. Your account was recalled by our client on April 15, 2011, and is therefore no with this office.

Thank you for your cooperation, and please contact me if you have any questions.

Sincerely yours,

John P. Frye

cc: ACF

*This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.*

The Law Office of

**JOHN P. FRYE, P.C.**

Attorney at Law

Post Office Box 13665

Roanoke, Virginia 24036-3665

Toll Free: 866-763-5100  Fax: 540-767-7807

PCTJPFL 31 001127
ROHMAT MULYANA
7356 WILBUR AVE
RESEDA, CA 91335-2654

| | |
|---|---|
| Original Creditor: | HSBC |
| | AMERITECH |
| Account Number: | 5491100022914348 |
| Client: | ATLANTIC CREDIT & FINANCE |
| JPF Account Number: | 1068259 |
| Balance: | $1,498.16 |

**Ready to pay now?**

**It's easy.**

**Call toll free**

**1-866-763-5100**

Monday – Wednesday
12 pm – 9 pm (EST)

Thursday
8:30 am – 5:30 pm (EST)

Friday
9 am – 5 pm (EST)

**Mail your payment to:**

The Law Office of John P. Frye, P.C.
PO Box 13665
Roanoke, VA 24036

**Pay by:**

Personal Check
Check-by-Phone
Money Order
Visa
MasterCard
Western Union

March 01, 2011

Dear Mr./Ms. Rohmat Mulyana:

The above referenced account has been placed with this law firm for collection. We would like to help you resolve this debt and **now is the perfect time.**

Last year, almost 80% of all individual income tax returns resulted in a refund. Over 100 million people found themselves with the cash to help them catch up. You may be the recipient of a tax refund this year and now is the perfect opportunity to relieve the burden of this debt.

If you are anticipating a refund, call us now to set up your payment even if you haven't yet received your refund. We may be able to settle this account for substantially less than what you owe but we must hear from you within 15 days of the date of this letter to avoid further collection activity.

We urge you to take advantage of this opportunity as we are not obligated to renew this offer.

Sincerely,

The Law Office of John P. Frye, P.C.

Office Hours: 8:30 A.M. – 9:00 P.M., Monday – Wednesday; 8:30 A.M. – 5:30 P.M., Thursday; 9:00 A.M. – 5:00 P.M., Friday (EST)

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

**NOTICE: Please See Reverse Side**

8055

**We are required to provide the following information under state law. This is not a complete list of your rights by state. If you do not reside in one of these states, you may still have the same or similar rights under federal or state law.**

**California Residents**: The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work when they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**Colorado Residents**: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.ago.state.co.us/CADC/CADCmain.cfm.

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**Massachusetts Residents**: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

JOHN P. FRYE, P.C.
3351 Orange Avenue, NE
Roanoke, Virginia 24012-6335


RE: acct# 5491100022914348/ JPF Acct: 1068259


Dear Sir/Ma'am,

        You have sent me a letter stating I owe you $1,498.16 I don't believe I owe this alleged debt.

        By looking up your firm on the internet, I know you're a collector, and not hired by HSBC, or for that matter erroneous company/client Atlantic Credit & Finance. I do not have a contract with your office, therefore no fiduciary relationship with you. In order to convince me that you have the right to collect, you would need to provide Chain of Custody and authenticate all documents.

As per my TransUnion credit report your company obtained my credit file on 1/24/11 also 3/13/12. I don't recall applying for credit or employment with JOHN P. FRYE, P.C. Attorney at Law. From the FCRA Sec.616. Civil liability for willful noncompliance [15 U.S.C sec. 1681n]


"(b) Civil liability for knowing noncompliance. Any person who obtains a consumer report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer reporting agency or $1,000, whichever is greater."

From the 1998 FTC opinion letter Greenblatt at
http://www.ftc.gov/os/statutes/fcra/greenblt.htm:

"Any person who procures a consumer report under false pretenses, or knowingly without a permissible purpose, is liable for $1000 or actual damages (whichever is greater) to both the consumer and to the consumer reporting agency from which the report is procured." I am not convinced that you are legally entitled to neither collect nor report on my credit report. To refresh your memory on what constitutes legal validation, I am giving a list of the required documentation:

- Complete payment history, the requirement of which has been established via SPEARS vs. BRENNAN and

- Agreement that bears the signature of the alleged debtor wherein he agreed to pay the original creditor.
- Letter of sale or assignment from the original creditor to your company. (Agreement with your client that grants you the authority to collect on this alleged debt.)
- Intimate knowledge of the creation of the debt by you, the collection agency

I'm sure you know, under FDCPA Section 809 (b), you are not allowed to pursue collection activity until the debt is validated. You should be made aware that in TWYLA BOATLEY, Plaintiff, vs. DIEM CORPORATION, No. CIV 03-0762 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, 2004, the courts ruled that reporting a collection account indeed is considered collection activity.

I'm sure your legal staff will agree that non-compliance with this request could put your company in serious legal trouble with the FTC and other state or federal agencies. Under the FCRA and the FDCPA, each violation is subject to a $1000 fine, payable to me.

I'm sure you know, under FDCPA Section 809 (b), you are not allowed to pursue collection activity until the debt is validated. You should be made aware that in HEINTZ, vs. JENKINS, No. CIV 94-367 SUPREME COURT of the UNITED STATES, APRIL 1995, the courts ruled, included with FTC statement of general policy: "Attorneys or law firms that engage in traditional debt collection activities (sending dunning letters, making collection calls to consumers) are covered by the [Act], but those whose practice is limited to legal activities are not covered." that reporting a collection account indeed is considered collection activity. *299 For these reasons, we agree with the Seventh Circuit that the Act applies to attorneys who "regularly" engage in consumer-debt-collection activity, even when that activity consists of litigation. Its judgment is therefore Affirmed.

Of course, no one likes to go to court. My time is money and it would be worth it to me to settle this outside of court, even if I am assured of victory. To minimize both parties' time and trouble over this matter, I am willing to offer a settlement of $2,500.00 amount which is also included in the attached settlement offer. The offer is not an admission of indebtedness, but an attempt to bring swift closure to this matter.

Rohmat Mulyana,

(Without Prejudice)

## SETTLE AGREEMENT AND GENERAL RELEASE

The Law Office of JOHN P.FRYE, P.C., referred to as COLLECTION AGENCY and Rohmat Mulyana, referred to as CONSUMER, agree to resolved the matter of the alleged debt, in an action alleging violation of Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. sec. 1692 et seq., the Rosenthal Collection Practices Act (RCPA) Cal Stat. 1788. 2,18 et seq. the (FCRA) 15 U.S.C. sec. 1681 et seq. originally held by the _Atlantic Credit & Finance, Inc. Company hereafter referred to as the CLIENT. To avoid the expense and uncertainty of litigation, and without admitting the validity of the claims and defenses asserted or potentially asserted by each other Rohmat Mulyana and JOHN P.FRYE, P.C. COLLECTION AGENCY, hereby agrees to settle this alleged debt claimed by COLLECTION AGENCY on the following terms and conditions:

1.) A check in the amount of $2,500.00

2.) Deletion of the inquiry of JOHN P. FRYE in question from my credit file with the four national credit-reporting agencies, or TransUnion.

3.) Receipt of a letter stating the accounts will be blocked from reappearing on my credit files and will not be sold or transferred to another company.

Therefore, in consideration of the foregoing, and of the promises contained herein, the parties agree as follows:

SCOPE OF AGREEMENT. This Agreement encompasses any and all efforts of JOHN P.FRYE, P.C. and its attorneys, agents and employees, relative to its attempts to collect on the outstanding balance on an account as which is the subject of Rohmat Mulyana Complaint in the lawsuit ("Account") and relative to the efforts of JOHN P. FRYE P.C. and its attorneys to defend in the lawsuit. This Agreement further encompasses Rohmat Mulyana, threatened claim under the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. 1692 et seq., Fair Credit Practices Act (FCRA) 15 U.S.C. 1681 et.seq. Rosenthal Act 1788.2/ 1788.30 Cal. Civil code 3068.2 which threatened to bring against JOHN P. FRYE P.C. and its counsel. JOHN P. FRYE P.C. specifically denies the alleged claims of Rohmat Mulyana agrees not to file lawsuit upon the execution of this agreement.

2.) PAYMENT AMOUNT. To resolve this dispute, JOHN P. FRYE P.C. shall pay to Rohmat Mulyana the total sum of Two Thousand Five hundred dollars to be paid to Rohmat Mulyana at 408 S. Pacific Avenue Glendale, California [91204] JOHN P. FRYE P.C. further agrees to cease and desist from an further collection on the account at

issue, reference number 5491100022914348 JPF Acct. 1068259 in the approximate amount of $ 1,498.16 and currently owned by JOHN P. FRYE P.C.

3.) PAYMENT MANNER. The check referenced in paragraph 3 shall be made payable to the ROHMAT MULYANA and shall be tendered to the address specified in paragraph 3 within 20 days of receipt by JOHN P. FRYE P.C. undersigned counsel of a copy of this Agreement, executed by 4/27/2012

4.) RELEASE. Rohmat Mulyana on behalf of himself and on behalf of his heirs hereby absolutely, unconditionally, and completely agrees to release, indemnify, hold harmless and discharge forever JOHN P. FRYE P.C., its parent(s), subsidiary(ies), sister(s) or affiliate(s) companies or divisions, and their officers, directors, shareholders, members, current and former employees, predecessors, successors, assigns, attorneys, principals, agents and insurers hereinafter collectively referred to as (JOHN P. FRYE P.C. ) from any and all known and unknown claims, actions, causes of actions, demands, liabilities, and complaints of any nature whatsoever including, but not limited to, claims for invasion of privacy or any other claims arising under state or federal law, claims arising under the Federal Fair Debt Collection Practices Act and the Gramm Leach Bliley Act (aka the Financial Services Modernization Act) and claims arising under the Fair Credit Reporting Act (FCRA) and any Consumer Fraud Act, in addition to any state law claims. Rohmat Mulyana further agrees that he will not file any claims, complaints, affidavits, arbitrations, or proceedings with any court, arbitration forum, regulatory or administrative agency ("Proceedings") with respect to the matters released in this Agreement against any of the aforementioned, and any such proceedings filed prior to the execution of this agreement, if any shall promptly be dismissed or withdrawn.

5.) GOVERNING LAW. This Agreement shall be governed by the substantive laws of the State of California.

6.) CCONSTRUCTION. The parties certify that they have had a full opportunity to review this Agreement and have had the opportunity to consult with an attorney of their own choosing. Rohmat Mulyana, acknowledges that he has appeared in pro se in the pending lawsuit and confirms that he has had the chance to consult with counsel but has opted against retaining counsel. Rohmat Mulyana further understands that JOHN P. FRYE P.C. undersigned counsel represents and has no duty to Rohmat Mulyana. The Parties agree that the rule of construction to the effect that ambiguities are to be resolved against the drafting party shall not be applied in construing this Agreement.

7.) EXECUTION IN COUNTERPARTS. This Agreement may be executed in counterparts, each with the full force and effect of an original document. In addition, a

copy or facsimile of this agreement shall have the same force and effect of an original document.

8.) SUCCESSOR RIGHTS AND LIABILITIES. This Agreement shall be binding upon and shall inure to the benefit of the respective successors, assigns, and legal representatives of all parties hereto. Nothing in this Agreement express or implied, is intended by the parties to confer upon any person other than the parties hereto or their respective successors or assigns and those entities/ individuals set forth in paragraph 5 herein, any rights or benefits under or by reason of this Agreement.

9.) CONFIDENTIALITY. Rohmat Mulyana agrees that, from the date of the execution of this Agreement, he will hereafter keep strictly confidential the claims between the Parties, the matter giving rise to this Agreement, and the substance of this Agreement. Rohmat Mulyana agrees that he will not disclose any information regarding this Agreement or the substance or subject matter hereof to any person, firm, corporation, or other entity, orally or in writing except as is necessary to comply with applicable laws and regulations, court orders or other process of law.

10.)      ENTIRE AGREEMENT. The Parties agree and each represent that each has read and fully understand the terms of this Agreement. The Parties agree and represent, that no promise, inducement, or agreement not expressed in this Agreement has been made by any of the Parties. The Parties agree and represent that this Agreement contains the entire agreement among them and may not be modified or supplemented except by a writing signed by the Parties. The Parties agree and represent that the terms of this agreement are contractual and not a mere recital.

This Settlement Agreement is dated this [th] day of April, 2012.

_____

Rohmat Consumer

JOHN P.FRYE,

Law Office of JOHN P.FRYE, P.C.

By:_____

Title:_____



**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com...

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $1.10 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $4.05 |

Postmark Here
APR ~ 5 2012
04/05/2012
USPS

Sent To   JOHN P. FRYE, P.C.
Street, Apt. No.; 3351 Orange Avenue, NE
or PO Box No.
City, State, ZIP+4   Roanoke VA   24012-6335

PS Form 3800, August 2006    See Reverse for Instructions

---

GRIFFITH STATION
LOS ANGELES, California
900399998
0545300039 -0094
(800)275-8777          10:11:47 AM

04/05/2012          Sales Receipt

Product          Sale    Unit    Final
Description       Qty    Price   Price
ROANOKE VA 24012 Zone-8
First-Class Large Env                   $1.10
 1.70 oz.
Expected Delivery: Mon 04/09/12
Certified                               $2.95
Label #:
   70100290000338353071
Issue PVI:                              $4.05
                                     ========
Total:                                  $4.05

Paid by:
Debit Card
Account #:            XXXXXXXXXXX0665
Approval #:          430074
Transaction #:        842
23 903200400
Receipt #:
Debit Card Purchase                    $4.05
Cash Back            $10.00
                    003933        $14.05

********************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post

Consumer Credit Report for RICHARD W QUAMMEN JR
Case 2:12-cv-04685-PA-JCG   Document 3   Filed 06/05/12   Page 23 of 27   Page ID #:175
File Number:
Page: 3 of 5
Date Issued: 03/13/2012
TransUnion.

# Satisfactory Accounts
The following accounts are reported with no adverse information.

## HSBC BANK #540633000164****
PO BOX 5253
CAROL STREAM, IL 60197
(800) 695-6950

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 12/31/2004 |
| High Balance: | $100 |
| Credit Limit: | $800 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 07/11/2002 |
| Date Closed: | 10/01/2002 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER



Late Payments (39 Months) 0 0 0   Last 39 months

| | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '03 | dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '02 | dec | nov | oct | sep | | | | | | | | | |
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | |

## SHELL/CITIBANK CBNA #23600****
PO BOX 6497
SIOUX FALLS, SD 57117-6497
(800) 331-3703

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 07/25/2009 |
| High Balance: | $38 |
| Credit Limit: | $175 |
| Last Payment: | 12/10/2004 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 08/29/2002 |
| Date Closed: | 03/07/2008 |
| Date Paid: | 12/10/2004 |

Loan Type: CREDIT CARD
Remarks: CLOSED BY CREDIT GRANTOR



Late Payments (48 Months) 0 0 0   Last 48 months

| | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul |

# Regular Inquiries
The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**LEADING EDGE REC SOL**
5440 NORTH CUMBERL
SUITE 300
CHICAGO, IL 60656
(800) 663-4707
Inquiry Type: Individual
Requested On: 08/19/2011

**JOHN P. FRYE, PC**
3351 ORANGE AVE.,
ROANOKE, VA 24012
(866) 392-3100
Inquiry Type: Individual
Requested On: 01/24/2011

**TU CANADA/GLOBAL CR & CO**
8133 WARDEN AVE
STE 400
MARKHAM, ONTAR, CN L6G1B
(905) 413-8521
Inquiry Type: Individual
Permissible Purpose: COLLECTION
Requested On: 04/15/2011

**PLAZA RECOVERY INC**
7TH AVE
12TH FL
NEW YORK, NY 10001
(888) 647-0733
Inquiry Type: Individual
Requested On: 12/03/2010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Mariana P. Pfaelzer and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV12- 4685 MRP (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address: *Rohmat Mulyana Jr.*
*408 South Pacific Avenue*
*Glendale CA 91204*
*818 392 9731* **FOR OFFICE USE ONLY**

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Rohmat Mulyana Jr.* <br><br> v. <br><br> *John P. Frye, P.C.* <br> *John P. Frye* <br><br> **PLAINTIFF(S)** <br><br> **DEFENDANT(S).** | **CASE NUMBER** <br> **CV12-04685**-*MRP(JCGx)* <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S): _*John P. Frye, P.C.   John P. Frye*_

A lawsuit has been filed against you.

Within __*21*__ days after ~~service of this summons~~ on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _*Rohmat Mulyana Jr.*_, whose address is __*408 South Pacific Avenue   Glendale Ca 91204*__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JUN - 5 2012__

By: _____**ANDRES PEDRO**_____
        Deputy Clerk

        (Seal of the Court)

        1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**FOR OFFICE USE ONLY**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☒) | DEFENDANTS |
|---|---|
| Rohmat Mulyana Jr. | John P. Frye P.C. John P. Frye |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Rohmat Mulyana Jr.   408 South Pacific Ave. Glendale CA 91204 818 3929731 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ 8,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

CV12-04685-MRP(JCGx)

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Roanoke, Virginia |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):  _Rahmat Mulyana Jr._   Date  _5/29/2012_

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |